UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| David Stevenson Boyd, II,<br><br>                              Plaintiff,<br><br>v.<br><br>Greenville County Sheriff's Department, Greenville County, David William Weiner, and John Does #1 – 5,<br><br>                              Defendants. | Case No.: 6:12-cv-01039-TMC<br><br><br>**CONSENT ORDER** |

    This matter comes before me upon motion of the defendant. I find based upon the consent of the parties hereto, that the plaintiff's second, third, fourth, and fifth causes of action are hereby dismissed with prejudice. I further find that with respect to the plaintiff's first cause of action that the parties consent to dismiss with prejudice any claims against the Greenville County Detention Center and Greenville County as well as any claims arising out of the incarceration of the plaintiff at the Greenville County Detention Center. I further find that the parties consent to dismiss all defendants with prejudice except Defendant David William Weiner.

    The only claim the plaintiff is asserting in this action is a claim against Defendant David William Weiner for excessive force relating to the plaintiff's arrest on December 10, 2008. All other claims set forth in the plaintiff's Complaint are dismissed with prejudice, and all defendants except Defendant David William Weiner are also dismissed with prejudice.

Therefore, based upon the consent of the parties, it is ORDERED, ADJUDGED, AND DECREED that the plaintiff's second, third, fourth, and fifth causes of action are dismissed with prejudice.

It is further ORDERED, ADJUDGED, AND DECREED that with the exception of an excessive force claim against David William Weiner for his action on December 10, 2008, all other claims set forth in the plaintiff's Complaint are dismissed with prejudice and all other defendants, with the exception of Defendant David William Weiner, are dismissed form this action with prejudice.

**IT IS SO ORDERED.**

                                                            s/Timothy M. Cain
                                                            Timothy M. Cain
                                                            UNITED STATES DISTRICT JUDGE

October 9, 2012

**WE CONSENT**:

THE CAMDEN LAW FIRM, PA

s/Robert J. Butcher
**Robert J. Butcher**, U.S.D.C. #9767
Deborah J. Butcher, U.S.D.C. #10731
Attorneys for Plaintiff
1029 Broad Street
Camden, South Carolina 29020
Post Office Box 610
Camden, South Carolina 29021
Telephone: 803.432.7599
Facsimile: 803.432.7466

s/Russell W. Harter, Jr.
**Russell W. Harter, Jr.,** Fed ID #1753
Chapman, Harter & Groves, P.A.
1012 East Washington Street (29601)
Post Office Box 10224
Greenville, South Carolina 29603
864/233-4500 [Telephone]
864/232-1710 [Facsimile]
rwhjr@chglawsc.com
**ATTORNEY FOR DEFENDANTS**